DANIEL W. TALLMADGE, Respondent, *v.* THE PRESS PUBLISHING COMPANY, Appellant.

(Argued December 21, 1891; decided January 26, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order

made May 11, 1891, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*Joseph M. Keatinge* for appellant.

*James D. Bell* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____